Andre GLAUDE, Petitioner—Appellant,

v.

Warden ZYCH, Respondent—Appellee,

and

John Doe; Jane Doe; Judgment of the Honorable Abrecht; Society of the United States, Respondents.

No. 12–6694.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

Andre Glaude, Appellant Pro Se.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Glaude appeals the district court's orders denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Glaude v. Warden Zych*, No. 7:12–cv–00047–GEC (W.D.Va. Feb. 29, 2012; Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*